**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VICTORIA VEYTSMAN, on behalf of himself and all others similarly situated, | Index: 2:18-cv-01782-JLL-SCM |
| Plaintiffs, | |
| against | |
| NORTH SHORE AGENCY, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), and as the Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members, if any.

Dated: March 19, 2018

Respectfully submitted,

By: /s/ Salim Katach
Salim Katach, Esq. (SK0924)
Varacalli & Hamra, LLP
*Attorneys for Plaintiff*

SO ORDERED:

DATED: 3/20/18